

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00365-CR

Victor **BARSENAS**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1810W
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d)

SIGNED August 28, 2019.

_____
Irene Rios, Justice